Ricky jones
 v
iron workers local 8

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED

2019 JAN -7 A 9: 38

STEPHEN C. DRIES
CLERK

case no.   **19-C-0041**

## CIVIL COMPLAINT

1, this is a civil complaint filed by Ricky Jones, Journeyman Ironwork, currently 100 % disabled, seeking to recover disability benefits as well as workers compensation due for injuries sustained while working at Clement Blockages Medical Center on about 9/6/2016.

2, That Plaintiff Ricky Jones was dispatched to Clement Blockages V A Medical Center on about 09/01/6 by Iron Worker local 8.

3, That on or about 09/06/16 Pl a United States Veteran suffered a work related injury while working at Clement Blockages V A Medical center was transferred to Clement Blockages Medical Center for treatment

4, That pkt was released from Clement Blockages on or about 09/06/ 2016 and returned to work at NT Blockages VA Medical Center for Red Ceder a signatory contractor of Iron Worker local 8.

5, That at break time pkt went get something to eat and experienced a relapsed of injuries sustained 09/06/16 specifically. A car accented where he was rendered unconscious and transferred to Recorder Medical Center

6, That on appropriately 10/01/16 pkt regained consciousness and was transferred back to Clement Abolishes where he remained until 09/21/17 and redden 100 % totally disabled.

7, That pkt then applied for Iron Worker pension and was told he did not quill because he did not have 10 convective years.

8, That Pound review of the records pkt learned that his contributions ROM per engineered mete buildings had not been counted towards the 10 convective years

WHEREFORE PLT REQUEST AS FOLLOWS:

9, THAT THE DISABILITY BENFINTS BE PAID

10, That pension be recalculated to include contribution made while a per engendered metal buildings member.

DATE-
01·07·19                    SINED _____.

1321 W Albany,
Milwaukee, WI
53206