# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RICKY JONES,

        Plaintiff,

v.

IRON WORKERS LOCAL 8,

        Defendant.

Case No. 19-CV-41-JPS

**ORDER**

On January 29, 2019, Magistrate Judge Nancy Joseph issued a recommendation to this Court that this action be dismissed. (Docket #5). The time for objecting to the recommendation has passed and no objection has been received. *See* Fed. R. Civ. P. 72; Gen. L. R. 72(c). The Court has considered the recommendation along with the entire case record and, in light of the Court's agreement with Magistrate Joseph's analysis and without objection from Plaintiff, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation (Docket #5) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 14th day of March, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge